IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01864-AP

SANDRA GONZALES,

    Plaintiff,

v.

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| ANN J. ATKINSON | Christina J. Valerio |
| ATTORNEY AT LAW | Assistant Regional Counsel |
| 7960 South Ireland Way | Social Security Administration |
| Aurora, Colorado 80016 | Office of General Counsel |
| Telephone: (303) 680-1881 | Region VIII |
| Facsimile: (303) 680-7891 | 1961 Stout, Suite 4169 |
| Email: AtkinsonAJ@aol.com | Denver, CO 80294 |
| | Telephone: (303) 844-7348 |
| | Facsimile: (303) 844-0770 |
| | Christina.valerio@ssa.gov |

### 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

### 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed: July 12, 2013**

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:  July 15, 2013**

    **C.**    **Date Answer and Administrative Record Were Filed:    September 16, 2013**

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.
To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.    OTHER MATTERS**

The parties state that there are no other matters.

**8.    BRIEFING SCHEDULE**

The parties agreed to the following schedule:

    **A.**    **Plaintiff's Opening Brief Due:**    **November 18, 2013**

    **B.**    **Defendant's Response Brief Due:**    **December 18, 2013**

    **C.**    **Plaintiff's Reply Brief (If Any) Due:**    **January 2, 2014**

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:**    Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:**    Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice*.

   A.   **( )**   **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   B.   **( X )**   **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 7th day of October, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

JOHN F. WALSH
UNITED STATES ATTORNEY

J. BENEDICT GARCÍA
Assistant United States Attorney
United States Attorney's Office
District of Colorado

s/ *Ann J. Atkinson*
Ann J. Atkinson
7960 South Ireland Way
Aurora, CO 80016
Telephone: (303) 680-1881
AtkinsonAJ@aol.com
Attorney for Plaintiff

s/ *Christina J. Valerio*
By: Christina J. Valerio
Special Assistant U.S. Attorney
Social Security Administration, Region VIII
Office of the General Counsel
1961 Stout St., Ste. 4169
Christina.Valerio@ssa.gov
Attorneys for Defendant