**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-01864-REB

SANDRA GONZALES,

        Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.

---

**ORDER**

---

**Blackburn, J.**

      The matter is before the court on the defendant's **Motion For Order Approving Stipulation of Award of Attorney Fees Under The Equal Access to Justice Act** [#22][1] filed October 6, 2014.  After reviewing the motion and the record, I conclude that the motion should be granted and that the plaintiff should pay reasonable attorney fees in the amount of $4,491.28.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That defendant's **Motion For Order Approving Stipulation of Award of Attorney Fees Under The Equal Access to Justice Act** [#22] filed October 6, 2014, is **GRANTED**; and

---

    [1] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

2 That defendant **SHALL PAY** to plaintiff reasonable attorney fees in the amount

of  $4,491.28.

Dated October 7, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge